TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Herman Diaz Perez,<br><br>Petitioner,<br><br>v.<br><br>Michael Bernacke, *et al.*<br><br>Respondents. | Case No. 2:26-cv-02235-APG-BNW<br><br>**Joint Stipulation to Extend Time for Federal Respondents to File Their Response to Petitioner's First Amended Petition (ECF No. 9)**<br><br>**FIRST REQUEST** |

Federal Respondents and Petitioner, by and through their respective undersigned counsel, hereby submit this Stipulation for a six-day extension of time, up to and including **August 25, 2026**, for Federal Respondents to file their Response to Petitioner's First Amended Petition (ECF No. 9). Petitioner has been scheduled for a bond hearing on August 24, 2026, which may moot the matter should Petitioner be granted released on bond. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed.

This is the first request for an extension to respond to the First Amended Petition. This request is filed in good faith and not for purposes of undue delay.

/ / /

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their Response to Petitioner's First Amended Petition (ECF No. 9) from August 19, 2026, to **August 25, 2026**.

Respectfully submitted this 19th day of August 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Heather Fraley*
HEATHER FRALEY
Assistant Federal Public Defender
*Attorneys for Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for Federal Respondents*

IT IS SO ORDERED:

Dated: August 20, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE